IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIACOM INTERNATIONAL INC., | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Case No. 4:21-cv-02612 |
| PIXI UNIVERSAL, LLC D/B/A KEFI HTX, and SANJU CHAND, | § § § § | |
| Defendants. | § § | |

# APPENDIX TO VIACOM'S MOTION FOR PRELIMINARY INJUNCTION AND BRIEF IN SUPPORT

**Cole B. Ramey**
Attorney-in-Charge
State Bar No. 16494980
S.D. of Texas Bar No. 27727
cramey@kilpatricktownsend.com
**Christin J. Jones**
State Bar No. 24070017
S.D. of Texas Bar No. 2052810
cjones@kilpatricktownsend.com
**KILPATRICK TOWNSEND & STOCKTON LLP**
2001 Ross Avenue, Suite 4400
Dallas, Texas 75201

**Dennis R. Wilson**
(to be admitted *pro hac vice*)
dwilson@kilpatricktownsend.com
**KILPATRICK TOWNSEND & STOCKTON LLP**
1801 Century Park East, Suite 2300
Los Angeles, CA 90067

*Counsel for Plaintiff*

| Tab | Description | Pages |
|---|---|---|
| A | Declaration of Dennis Wilson | APPX 001-027 |
| B | Declaration of H. Forrest Flemming, III | APPX 028-171 |
| C | Declaration of Claudia Spinelli | APPX 172-407 |
| D | *Atl. Recording Corp. v. Smith*, 2008 WL 7951248 (S.D. Tex. Jan. 7, 2008) | APPX 408-412 |
| E | *Biotics Rsch. Corp. v. Biotics Rsch. of S. California, Inc.*, 2018 WL 2323275 (S.D. Tex. Feb. 21, 2018) | APPX 413-416 |
| F | *Bisous Bisous LLC v. The Cle Grp., LLC*, 2021 WL 3618042 (N.D. Tex. Aug. 16, 2021) | APPX 417-431 |
| G | *Compass Bank v. Dixon*, 2018 WL 6733018 (S.D. Tex. Nov. 16, 2018) | APPX 432-440 |
| H | *DCA Design v. Bellavida Custom Homes LLC*, 2018 WL 8755529 (S.D. Tex. Dec. 5, 2018) | APPX 441-449 |
| I | *OraLabs, Inc. v. Kind Grp. LLC*, 2015 WL 4538444 (D. Colo. July 28, 2015) | APPX 450-465 |
| J | *Philpot v. WOS, Inc.*, 2019 WL 1767208 (W.D. Tex. Apr. 22, 2019) | APPX 466-478 |
| K | *Pierson v. DoStuff Media, LLC*, 2019 WL 5595236 (W.D. Tex. Oct. 29, 2019) | APPX 479-485 |
| L | *PIU Mgmt., LLC v. Inflatable Zone Inc.*, 2010 WL 681914 (S.D. Tex. Feb. 25, 2010) | APPX 486-493 |
| M | *You Fit, Inc. v. Pleasanton Fitness, LLC*, 2013 WL 521784 (M.D. Fla. Feb. 11, 2013) | APPX 494-502 |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon the following counsel via U.S. Mail and e-mail on this 8th day of September, 2021.

| | |
|---|---|
| Feras Mousilli<br>LLOYD & MOUSILLI<br>11807 Westheimer Rd #550<br>Houston, Texas 77077<br>E-mail: fmousilli@lloydmousilli.com | Lema Barazi<br>LLOYD & MOUSILLI<br>11807 Westheimer Rd #550<br>Houston, Texas 77077<br>E-mail: lbarazi@lloydmousilli.com |
| *Counsel for Defendants* | *Counsel for Defendants* |

/s/ Cole B. Ramey
Cole B. Ramey