APPX 172

# TAB C

APPX 172

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIACOM INTERNATIONAL INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No. 4:21-cv-02612 |
| | § | |
| PIXI UNIVERSAL, LLC D/B/A KEFI HTX, | § | |
| and SANJU CHAND, | § | |
| | § | |
| Defendants. | § | |

## DECLARATION OF CLAUDIA SPINELLI

I, Claudia Spinelli, declare as follows:

1. I am employed by Plaintiff Viacom International Inc. ("Viacom") as Senior Vice President of Animation Development, Nick Animation. I am over the age of twenty-one, I am competent to make this Declaration, and the facts set forth below are based upon my personal knowledge and my review of documents maintained in the ordinary course of business by Viacom, publicly available documents, and documents filed in this action.

2. Viacom is a major media company that is home to premier global media brands that create compelling television programs, motion pictures, short-form content, apps, games, consumer products, social media experiences, and other entertainment content. Viacom owns and operates a portfolio of television networks, including Nickelodeon, MTV, VH1, Comedy Central, TV Land, and CMT.

3. Viacom and its affiliates have licensed their trademarks for restaurants, including Bubba Gump Shrimp Co., a seafood restaurant chain inspired by the 1994 film *Forrest Gump* with dozens of locations (including two in the Houston metropolitan area), and Cheers, a pub

inspired by the hit television series of the same name.

**<u>Viacom's "SpongeBob SquarePants" Franchise</u>**

4. In 1999, the animated television series "SpongeBob SquarePants" premiered on Nickelodeon. SpongeBob SquarePants has aired consistently and continuously on television and other platforms since 1999.

5. The SpongeBob SquarePants television series is the most widely distributed property in Viacom history, and has been the most-watched animated series for children for at least 17 years. A true and correct copy of a Nickelodeon press release concerning the series is attached as **Exhibit 1**.

6. For decades, the SpongeBob SquarePants entertainment property has been immensely popular among both children and adults, and it has become an extremely valuable media franchise for Viacom that includes several spin-off series, three feature films, a Tony® Award-winning Broadway musical, a comic book series, original music, video games, significant related merchandise, theme park rides, and theme hotels. Representative posters for the animated series, films, and musical appear below:

  

APPX 175

7. The television series has won one Emmy Awards and been nominated for fourteen more, while also winning eighteen total—and thirteen straight—Kids' Choice Awards for "Favorite Cartoon." The SpongeBob SquarePants feature films, meanwhile, collectively grossed more than $470 million worldwide at the box office, and more than $250 million domestically, while Viacom spent nearly $200 million promoting them to consumers.

8. According to Statista, a provider of market and consumer data, "SpongeBob SquarePants" was "the most in-demand TV show in the United States, with approximately 83 million average demand expressions from August 21 to 27, 2021. 'The Walking Dead' and 'My Hero Academia' ranked second and third, with 58.6 million and 51 million demand expressions, respectively." A true and correct copy of a printout from Statista.com is attached as **Exhibit 2**.

9. SpongeBob SquarePants is primarily marketed toward children ages six and older, but given the franchise's tremendous success for more than twenty years, some of SpongeBob SquarePants' biggest fans are adults. A true and correct copy of an article from *USA Today* explaining this phenomenon is attached as **Exhibit 3**.

10. "SpongeBob SquarePants" chronicles the nautical adventures of SpongeBob SquarePants, an incurable optimist and earnest sea sponge, and takes place in the fantastical underwater city "Bikini Bottom," located in the Pacific Ocean. As the series' opening song declares, SpongeBob SquarePants "lives in a pineapple under the sea," as shown below.



11.     The flowery shapes floating in the background behind SpongeBob's home in the above image are ubiquitous in Bikini Bottom and therefore appear in much of Viacom's SpongeBob SquarePants-related marketing, as shown below.

**APPX 176**

 

12. Some additional characters in the franchise include SpongeBob SquarePants' best friend Patrick Star, Squidward Tentacles, Sandy Cheeks (who hails from Texas), Mr. Krabs, Sheldon Plankton, Mrs. Puff, and Pearl.

13. SpongeBob SquarePants famously works as a fry cook for the "Krusty Krab," a fast-food restaurant in Bikini Bottom known for its "Krabby Patty" burgers. The Krusty Krab is so central to the SpongeBob SquarePants franchise that it has been featured heavily in more than 80% of the episodes of the animated television series, all three feature films, and the Broadway musical. For years, the Krusty Krab has been a household name, and instantly recognizable as being associated with Viacom and its SpongeBob SquarePants franchise.

14. Images depicting the Krusty Krab restaurant and its distinctive clamshell sign, menu, and interior decor are shown below.





15. Viacom has spent millions of dollars advertising, promoting, and marketing the KRUSTY KRAB mark in connection with a variety of goods and services in the United States and globally.

16. *Time Magazine* named the Krusty Krab one of the eighteen most influential fictional companies of all time. The Krusty Krab has been featured in countless other unsolicited media, including articles, newspapers, entertainment media, and others widely available throughout the U.S. Representative examples of such media, including the referenced *Time*

6

**APPX 178**

*Magazine* article, are attached collectively as **Exhibit 4**.

17.     In 2019, Viacom brought the Krusty Krab to life at Comic-Con International: San Diego by creating an immersive experience featuring the restaurant, the clamshell sign, the floating flower shapes, and many other indicia of the franchise, as shown below.



18.     In a famous sequence from the first season of the animated television series, viewers are informed by the "Krusty Krab Training Video" that the Krusty Krab was originally a retirement home called the "Rusty Krab," before Mr. Krabs converted it into a fast-food restaurant.

19.     When not working at the Krusty Krab, SpongeBob is often at home in his pineapple-under-the-sea, playing with his pet snail Gary, sleeping next to his giant foghorn alarm clock, or attending Ms. Puff's Boating School.





8



20.     Viacom advertises and promotes its SpongeBob SquarePants franchise through social media campaigns and on its websites, among other channels.

**Viacom's Trademark Rights**

21.     Due to the popularity of the franchise, Viacom has been able to sell or license many products bearing SpongeBob SquarePants-related trademarks, including the KRUSTY KRAB mark. Many of these products are associated with food and beverages, as shown below.

  

9

**APPX 181**



APPX 182

22. Viacom and its licensees advertise and promote KRUSTY KRAB-branded products in social media campaigns, including Twitter, Facebook, and Instagram, and on licensee websites. Viacom and its affiliates also sell numerous items at SpongeBobShop.com, which includes a "Krusty Krab Shop" page, a true and correct copy of which is attached as **Exhibit 5**. Viacom's licensing regime in connection with the KRUSTY KRAB mark has generated millions of dollars for the company.

23. Viacom has actively and successfully policed the marketplace and enforced its rights against infringers of the KRUSTY KRAB mark. *See, e.g.*, *Viacom Int'l v. IJR Cap. Investments, LLC*, 891 F.3d 178, 198 (5th Cir. 2018).

24. Viacom is the record owner of three valid and subsisting trademark registrations for the KRUSTY KRAB mark. True and correct copies of the certificates of registration are attached collectively as **Exhibit 6**.

25. Viacom also uses other trademarks in connection with the SpongeBob SquarePants franchise, including SPONGEBOB, SPONGEBOB SQUAREPANTS, and KRABBY PATTIES. Viacom is the record owner of several valid and subsisting trademark registrations for the foregoing marks. True and correct copies of the certificate of registration are attached collectively as **Exhibit 7**.

**Viacom's Copyrights**

26. Viacom is the sole owner of all copyrights in and to the creative aspects of the SpongeBob SquarePants franchise (the "Works").

27. Viacom owns over 400 valid copyright registrations for the Works.

28. Representative samples of valid copyright registration certificates covering episodes from the animated television series are attached collectively as **Exhibit 8**.

29. Representative samples of valid copyright registration certificates covering the feature films are attached collectively as **Exhibit 9.**

30. Representative samples of valid copyright registration certificates covering two-dimensional drawings of several characters are attached collectively as **Exhibit 10.**

31. Representative samples of valid copyright registration certificates covering stylebooks featuring extensive artwork from the franchise are attached collectively as **Exhibit 11.**

**Defendants' Conduct is Causing Viacom Severe Irreparable Harm**

32. I have reviewed the websites, images, and consumer reviews and complaints cited in the Complaint in this action, as well as many of those cited in the Declaration of H. Forrest Flemming, III. Based on that review, as well as my extensive experience with, and knowledge of, the SpongeBob SquarePants brand and related licensing activities for many years, I believe that Defendants' alleged conduct is causing severe irreparable harm to Viacom.

33. The comments made online by consumers, which comments are attached to Mr. Flemming's declaration, show that many SpongeBob SquarePants fans mistakenly believe that Defendants' "Rusty Krab" restaurant in Houston is licensed by, or otherwise affiliated with, Viacom and Nickelodeon. For consumers who have this mistaken belief, their negative feelings and attitudes towards the "Rusty Krab" will naturally also be attributed to Viacom.

34. Viacom has spent more than twenty years carefully crafting the SpongeBob SquarePants brand and franchise, embodying it with so much goodwill that adults who watched the animated series as children still feel warmly nostalgic for, and actively engage with, the franchise. The KRUSTY KRAB and other SpongeBob-related marks therefore have significant, and immeasurable, value to Viacom and represent goodwill that Viacom has worked so hard to create among the public.

35. Viacom has no control over Defendants or their Rusty Krab restaurant, meaning Viacom cannot control the branding messaging associated with the marks and Works Defendants have allegedly copied, nor can Viacom control the quality of the goods and services put out by Defendants. This loss of control over such valuable intellectual property is causing irreparable harm to Viacom. Left unchecked, Defendants' conduct could destroy the reputation of SpongeBob SquarePants, which Viacom has built over two generations.

36. By way of example, Viacom carefully controls the situations in which licensees may use SpongeBob SquarePants intellectual property, and in most cases, expressly prohibits use in connection with alcoholic beverages. Defendants, on the other hand, appear to advertise the fact that they offer alcoholic beverages and stay open until 2:00 a.m. some nights, and they use SpongeBob-related images and marks to do so. Defendants even converted the Krusty Krab's famous menu design into a drink menu, posted on Defendants' websites and in the restaurant

itself.

 

37. Defendants have even named many drinks after popular SpongeBob SquarePants words and sayings, like "Pineapple Under the Sea," "Chum Bucket Shooter," and "I'm Ready."

38. Viacom also carefully controls the quality of products bearing its KRUSTY KRAB mark and other related trademarks. Consumer complaints are taken extremely seriously. Unfortunately, it appears that numerous consumers have complained publicly that the Rusty Krab is unsanitary and even physically unsafe for children. These and other complaints reflect very poorly on Viacom and demonstrate the irreparable harm Viacom continues to suffer because of Defendants' operation of the Rusty Krab.

39. Defendants' use of copyrighted material from the SpongeBob SquarePants franchise is also interfering with Viacom's ability to license that material to others, or to expand into derivative markets like restaurant goods and services and live entertainment services. Viacom's copyrights are therefore losing value in a way that would be very difficult to calculate

13

precisely.

40. For example, because of Defendants' conduct, if Viacom were to open or license a real-life Krusty Krab restaurant—a prospect that millions of SpongeBob SquarePants fans would ordinarily relish—many consumers will have already had such an experience through Defendants' restaurant. According to the public consumer reviews, many will have had a poor experience. Defendants' customers would therefore be much less likely to spend money visiting Viacom's authorized restaurant, no matter how superior. The longer Defendants are permitted to exploit and profit from the Works in their Rusty Krab restaurant, the more consumers will be exposed to their infringement, reducing the value of the Works in that derivative market with every passing day.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed: September 8, 2021

By: /s/ Claudia Spinelli
     Claudia Spinelli