# TAB C-1

9/2/2021, NICKELODEON'S SPONGEBOB SQUAREPANTS GETS SEASON 13 PICK UP, AS ANNIVERSARY SPECIAL SCORES DOUBLE-DIGIT GAINS BRINGING IN MORE THAN 2 MILLION T…

Case 4:21-cv-02612 Document 11-2 Filed on 09/08/21 in TXSD Page 2 of 5





# NICKELODEON'S SPONGEBOB SQUAREPANTS GETS SEASON 13 PICK UP, AS ANNIVERSARY SPECIAL SCORES DOUBLE-DIGIT GAINS BRINGING IN MORE THAN 2 MILLION TOTAL VIEWERS



9/2/2021, NICKELODEON'S SPONGEBOB SQUAREPANTS GETS SEASON 13 PICK UP, AS ANNIVERSARY SPECIAL SCORES DOUBLE-DIGIT GAINS BRINGING IN MORE THAN 2 MILLION T…

Case 4:21-cv-02612 Document 11-2 Filed on 09/08/21 in TXSD Page 3 of 5

**NICKELODEON'S** *SPONGEBOB SQUAREPANTS* **GETS SEASON 13 PICK UP,**

**AS ANNIVERSARY SPECIAL SCORES DOUBLE-DIGIT GAINS BRINGING**

**IN MORE THAN 2 MILLION TOTAL VIEWERS**

Share it: @Nickelodeon @SpongeBob #SpongeBob

Click **HERE** for art.

**BURBANK, Calif.—July 16, 2019—**As Nickelodeon prepares to bring *SpongeBob SquarePants*' Bikini Bottom to life at Comic-Con International: San Diego July 18-21, 2019, the network has announced the pick up for a 13th season of the hit animated series (13 episodes).

The news comes on the heels of Nickelodeon's original live-action and animated special, "SpongeBob's Big Birthday Blowout" (Friday, July 12, at 7p.m. [ET/PT]), which drew 2.2 million total viewers in its simulcast across Nickelodeon, TeenNick and Nicktoons.

- "SpongeBob's Big Birthday Blowout" ranks as the number-one kids' program for the year and posted high triple and double-digit gains year over year with Kids 2-11 (3.3/797K, up +57%), Kids 6-11 (4.0/589K, up +82%), Tweens 9-14 (3.1/476K, up +94%) and Teens 12-17 (2.1/342K, up +133%).
- The special is also the net's highest-rated premiere with Kids 6-11 since October 2017 (*SpongeBob SquarePants* "The Legend of Boo-Kini Bottom") and the highest-rated premiere with K2-11 since February 2018.
- It also drew a broad audience, posting high double-digit, year-over-year gains with Adults 18-49 (.60/478K, up +50%).
- The special ranked as the top co-viewed animated program for the day–33% of Adults 18-49 viewed the show with a Kid 2-11.
- The anniversary special delivered the highest time shifted lifts ever for SpongeBob SquarePants with Kids 2-11, rising +51% to 1.2 million K2-11 viewers. The broad appeal of the special was evidenced by the double digit lifts

9/2/2021 NICKELODEON'S SPONGEBOB SQUAREPANTS GETS SEASON 13 PICK-UP, AS ANNIVERSARY SPECIAL SCORES DOUBLE-DIGIT GAINS BRINGING IN MORE THAN 2 MILLION T…

Case 4:21-cv-02612 Document 11-2 Filed on 09/08/21 in TXSD Page 4 of 5

seen with Kids 6-11 (+45%), Tweens 9-14 (+36%), Teens 12-17 (+29%) and Adults 18-49 (+51%).

*SpongeBob SquarePants* season 13 will reunite original voice cast members Tom Kenny (SpongeBob SquarePants), Bill Fagerbakke (Patrick Star), Rodger Bumpass (Squidward), Clancy Brown (Mr. Krabs), Carolyn Lawrence (Sandy Cheeks) and Mr. Lawrence (Plankton), and current show runners Vince Waller and Marc Ceccarelli. *SpongeBob SquarePants* has reigned as the number-one kids' animated series on TV for the last 17 years.

"SpongeBob's Big Birthday Blowout" kicked off the 20th anniversary celebration of one of the most iconic and TV series and characters ever created. The mixed live-action and animated special, featured for the first time the celebrated voice talent behind SpongeBob, Patrick, Mr. Krabs, Sandy, Squidward and Plankton playing live-action doppelgänger versions of the animated characters they voice.  *SpongeBob SquarePants* is created by Stephen Hillenburg and produced by Nickelodeon in Burbank, Calif.

Nickelodeon, now in its 40th year, is the number-one entertainment brand for kids. It has built a diverse, global business by putting kids first in everything it does. The brand includes television programming and production in the United States and around the world, plus consumer products, digital, location based experiences, publishing and feature films. For more information or artwork, visit http://www.nickpress.com. Nickelodeon and all related titles, characters and logos are trademarks of Viacom Inc. (NASDAQ: VIA, VIAB).

###

**Media Contacts:**

Katelyn Balach

9/2/2021 NICKELODEON'S SPONGEBOB SQUAREPANTS GETS SEASON 13 PICK-UP, AS ANNIVERSARY SPECIAL SCORES DOUBLE-DIGIT GAINS BRINGING IN MORE THAN 2 MILLION T…

Case 4:21-cv-02612   Document 11-2   Filed on 09/08/21 in TXSD   Page 5 of 5

Katelyn.Balach@Nick.com