# TAB C-2

TRY OUR CORPORATE SOLUTION FOR FREE!    (212) 419-8286    hadley.ward@statista.com

Source: https://www.statista.com/statistics/868432/most-in-demand-digital-original-shows-us/

### Most in-demand TV shows in the U.S. August 2021

Published by Julia Stoll , Aug 31, 2021

'Spongebob Squarepants' was the most in-demand TV show in the United States, with approximately 83 million average demand expressions from August 21 to 27, 2021. 'The Walking Dead' and 'My Hero Academia' ranked second and third, with 58.6 and 51 million average demand expressions, respectively.

## Most popular television shows based on audience demand in the United States from August 21 to 27, 2021

*(in million average demand expressions)*

```
0     10    20    30    40    50    60    70    80    90    100
```

 **Additional Information**

© Statista 2021 🏳

Show source 🛈

## Source

➡ Show sources information ➡ Show publisher information

**IN COOPERATION WITH**



**Release date**
August 2021

**Region**
United States

**Survey time period**
August 21 to 27, 2021

**Supplementary notes**
*Parrot Analytics defines demand expressions as follows: "The total audience demand being expressed for a title, within a market. Audience demand reflects the desire, engagement and viewership, weighted by importance; so a stream/download is a higher expression of demand than a 'like'/comment."

Figures have been rounded.